

Nicholas A. Corsano, Esq.
ncorsano@hinshawlaw.com
Tel: 212-471-6234

ATTORNEYS AT LAW

800 Third Avenue
13th Floor
New York, NY 10022

212-471-6200
212-935-1166 (fax)
www.hinshawlaw.com

February 13, 2018

**VIA ECF**

Hon. Joseph F. Bianco, U.S.D.J.
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 1040
Central Islip, New York 11722

  Re: *Pampena v. Encore Receivable Management, Inc. et al.*
     Docket No.: 2:17-cv-03860-JFB-SIL
     *Gil v. Encore Receivable Management, Inc. et al.*
     Docket No.: 2:17-cv-06466-JFB-SIL
     *Alesi v. Encore Receivable Management, Inc. et al.*
     Docket No.: 2:17-cv-06473-JFB-SIL

Dear Judge Bianco:

  We represent Defendants Encore Receivable Management, Inc. ("Encore") and Convergys Corp. ("Convergys") (collectively referred to herein as "Defendants"), in the above referenced actions. We write pursuant to Your Honor's instructions given during the pre-motion conference held in the *Pampena* case on February 9, 2018. We respectfully request that the motion briefing schedule set for Defendants' motion to dismiss in *Pampena* be adopted in the recently merged *Gil* and *Alesi* cases above.

  We thank the Court for its consideration of our request and its continued assistance in this matter.

              Respectfully submitted,

              HINSHAW & CULBERTSON LLP

              *s/ Nicholas A. Corsano*
              Nicholas A. Corsano

NAC:
CC: Mitchell L. Pashkin, Esq. via ECF