**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 17 2018 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

MARY PAMPENA, on behalf of herself and all others similarly situated,

Plaintiff,

-against-

ENCORE RECEIVABLE MANAGEMENT, INC. et al.

Defendants.

Docket No. 2:17-cv-03860-JFB-SIL

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED,** by and between the plaintiff Mary Pampena and defendants Encore Receivable Management, Inc. and Convergys Corp., that the above-entitled action is hereby dismissed with prejudice, and without attorneys' fees and costs against any party.

Dated: New York, New York
May 16, 2018

**MITCHELL L. PASHKIN, ESQ.**
Attorneys for Plaintiff

**HINSHAW & CULBERTSON LLP**
Attorneys for Defendants

*s/ Mitchell L. Pashkin*
Mitchell L. Pashkin, Esq.
755 Park Avenue
Ste. 255
Huntington, NY 11743
Tel: 631-335-1107

*s/ Nicholas A. Corsano*
Nicholas A. Corsano
800 Third Avenue
13th Floor
New York, NY 10022
Tel: 212-471-6200
ncorsano@hinshawlaw.com

The Work of the Court shall close the case.

SO ORDERED
Joseph Bianco
Joseph F. Bianco
USDJ
Date: May 17, 20 18
Central Islip, N.Y.

301886084v1 0999550